The Disciplinary Review Board having filed with the Court its decision in DRB 18-232, concluding that
 
 Julie Anna LaVan
 
 of
 
 Moorestown,
 
 who was admitted to the bar of this State in 2006, should be reprimanded for violating
 
 RPC
 
 8.4(a) (violating or attempting to violate the RPCs, knowingly assisting or inducing another to do so, or doing so through the acts of another) and
 
 RPC
 
 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;
 

 It is ORDERED that
 
 Julie Anna LaVan
 
 is hereby reprimanded; and it is further
 

 ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further
 

 ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in
 
 Rule
 
 1:20-17.